UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-60704 |
| | * | |
| YVENS JOSEPH RESILARD, SR., | * | CHAPTER: 13 |
| | * | |
| Debtor. | * | JUDGE JAMES R. SACCA |
| | * | |
| | * | |
| QUANTUM3 GROUP, LLC AS AGENT | * | |
| FOR WOLLEMI ACQUISITIONS, LLC, | * | |
| Movant | * | |
| vs. | * | |
| | * | |
| YVENS JOSEPH RESILARD, SR., | * | CONTESTED MATTER |
| Debtor, and | * | |
| NANCY J. WHALEY, | * | |
| Trustee | * | |
| | * | |
| Respondents. | * | |

## MOTION TO REIMPOSE THE AUTOMATIC STAY AND MOTION FOR HEARING

COMES NOW THE DEBTOR, by counsel, and move this Honorable Court to re-impose the automatic stay of 11 U.S.C. Section 362, and shows to the Court as follows:

1.

This Court has jurisdiction in this Contested Matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.

2.

This Court is the proper venue for this Contested Matter pursuant to 28 U.S.C. Section 1409.

3.

This Contested Matter is a core proceeding as defined in 28 U.S.C. Section 157 (b) (2) (G).

4.

Debtor filed his Chapter 13 Petition herein on June 28, 2018. The confirmation hearing is scheduled for December 4, 2018. Debtor is current in his payments to the Chapter 13 Trustee.

5.

Quantum3 Group, LLC, as agent for Wollemi Acquisitions, LLC ("Quantum3") is a creditor of the Debtor by title lien on a 2013 Chrysler 300.

6.

On August 12, 2018, Quantum3 filed a Motion for Relief from the Automatic Stay and on September 11, 2018, the Court entered an Order granting the Motion for Relief.

7.

At the time that the Motion for Relief was filed, Debtor was pro se, however, Debtor has since retained counsel and amended his schedules and plan to include the debt owed to Quantum3 and to treat the debt to be paid in full through the chapter 13 plan.

8.

Debtor maintains that it would be in the best interest of the estate for the automatic stay to be reimposed as to Quantum3.

9.

A hearing on the issues stated within is respectfully requested.

WHEREFORE, Debtor prays for relief as follows:

(a) That this Motion be filed, read, and considered;

(b) That this Court set a hearing on the issues raised herein;

(b) That this Court re-impose the automatic stay as it applies to the Respondent, and;

(c) That this Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

CLARK & WASHINGTON, LLC

By: __/s/_____
Elsa Rodriguez
Georgia Bar No. 611407
Attorneys for the Debtor

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
 (404)522-2222
Fax(770)220-0685

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-60704 |
| | * | |
| YVENS JOSEPH RESILARD, SR., | * | CHAPTER: 13 |
| | * | |
| Debtor. | * | JUDGE JAMES R. SACCA |
| _____ | * | |
| | * | |
| QUANTUM3 GROUP, LLC AS AGENT | * | |
| FOR WOLLEMI ACQUISITIONS, LLC, | * | |
|     Movant | * | |
| vs. | * | |
| | * | |
| YVENS JOSEPH RESILARD, SR., | * | CONTESTED MATTER |
|     Debtor, and | * | |
| NANCY J. WHALEY, | * | |
|     Trustee | * | |
| | * | |
|     Respondents. | * | |

NOTICE OF HEARING ON MOTION TO REIMPOSE
THE AUTOMATIC STAY AND MOITON FOR HEARING

**PLEASE TAKE NOTICE** that the above-referenced Debtor filed a *Motion* seeking to *reimpose the automatic stay and motion for hearing*.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Courtroom 1404 of the United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA, 30303, at 10:45AM on January 8, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on

whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA, 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                                        Respectfully submitted,
                                        */s/*
                                        Elsa Rodriguez, GA Bar No. 611407
                                        Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served a copy of the foregoing *Motion to* and *Notice of Hearing on Motion to* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Yvens Resilard, Sr.
3385 Amhurst Parkway
Atlanta, GA 30349

Ronald A. Levine, Esq.
Levine & Block, LLC
P.O. Box No. 422148
Atlanta, Georgia 30342

I further certify that, by agreement of the parties, the Standing Chapter 13 Trustee, Nancy J Whaley, was served via the CM/ECF electronic mail/noticing system.

Dated: 12/5/2018
Respectfully submitted,
*/s/*
Elsa Rodriguez, GA Bar No. 611407
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com